Clara C. Cornwall, as Administratrix, etc., of Ernest J. Cornwall, Deceased, Plaintiff, v. Bell Telephone Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for defendants on the nonsuit. All concurred.

Oren G. Staples, Appellant, v. Andrew C. Cornwall and Others, Respondents. — Judgment affirmed, with costs. All concurred.

Casper Wingels, Respondent, v. The Builders' Planing Mill Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the plaintiff failed to establish actionable negligence against the defendant; that the proof shows that the accident occurred through his own negligence or that of his coemployees or the negligence of both. All concurred.

Rocco Di Ponzio, by his Guardian ad Litem, Sabatino Di Ponzio, Appellant, v. Nicola Bianchi, by His Guardian ad Litem, Anthony Bianchi, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred,

The Village of Medina, Respondent, v. Burt Graves and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Fred Lusk, Respondent, v. Fred Lee and James Lee, Appellants.— Orders affirmed, with ten dollars costs and disbursements. Held, that under the circumstances of this case it cannot be said that the court abused its discretion in denying the motions. All concurred, except Spring and Robson, JJ., who dissented.

Catherine Tuttle, as Administratrix, etc., of Andrew J. Tuttle, Deceased, Respondent, v. The Lake Shore and Michigan Southern Railway Company, Appellant.— Order reversed, without costs, and motion for commission denied, without costs, upon the condition that the defendant on the trial of the action produce the three witnesses Welsh, Weber and Sutter, and in case of failure of the defendant so to do, the trial shall be suspended for a sufficient length of time to enable the plaintiff to procure the evidence of those witnesses. All concurred.

Kaiser Twardowski, Respondent, v. International Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Peeler, Respondent, v. International Railway Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concurred, except Robson, J., who dissented.

Auburn and Northern Electric Railroad Company, Respondent, v. Lehigh and New York Railroad Company and Lehigh Valley Railroad Company, Appellants.— Orders modified in accordance with memorandum filed with the clerk, and as so modified affirmed, without costs of this appeal to either party.

Auburn and Syracuse Electric Railroad Company, Respondent, v. Lehigh and New York Railroad Company and Lehigh Valley Railroad Company, Appellants.— Order modified in accordance with memorandum filed with the clerk, and as so modified affirmed, without costs of this appeal to either party.